IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

AUGUSTUS BROWN,

    Plaintiff,

  v.

NEW MILLENNIUM BANK,

    Defendant.
                                 /

No. C 09-02751 CW

ORDER DISMISSING COMPLAINT WITHOUT PREJUDICE TO REFILING IN STATE COURT

    On June 22, 2009, Plaintiff filed a complaint and applied for leave to proceed <u>in forma pauperis</u>. On October 15, 2009, the Court granted the request to proceed <u>in forma pauperis</u> and dismissed the complaint with leave to amend. The Court explained that if Plaintiff did not file an amended complaint within twenty-one days from the date of the Order, the complaint would be dismissed without prejudice to re-filing the state claims in state court.

    Twenty-one days have passed and Plaintiff has not filed an amended complaint. Therefore, this case is dismissed without prejudice to re-filing the state claims in state court.

    IT IS SO ORDERED.

Dated: 11/19/09

                                    CLAUDIA WILKEN
                                    United States District Judge

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

BROWN et al,

        Plaintiff,

v.

NEW MILLENNIUM BANK et al,

        Defendant.

Case Number: CV09-02751 CW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on November 19, 2009, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Augustus M. Brown
609 W. 12th Street
Antioch, CA 94509

Dated: November 19, 2009

        Richard W. Wieking, Clerk
        By: Sheilah Cahill, Deputy Clerk